No. 95–8076.   JAFFER *v.* BOARD OF MANAGERS OF THE REVERE CONDOMINIUM.   Ct. App. N. Y.   Certiorari denied.

No. 95–8077.   JOHNSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 95–8078.   NOBLES, AKA SHARIF *v.* WELBORN, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 95–8080.   WHITE *v.* ZIMMERS, CLERK, COURT OF COMMON PLEAS OF OHIO, MONTGOMERY COUNTY.   Ct. App. Ohio, Montgomery County.   Certiorari denied.

No. 95–8081.   RAMOS *v.* BUNNELL, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 95–8084.   NASH *v.* LACOMBE ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 95–8085.   SCOTT *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 95–8090.   HURST *v.* SUPREME COURT OF CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 95–8091.   GRAHAM *v.* TURPIN, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 95–8094.   KORNAHRENS *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir. Certiorari denied.

No. 95–8101.   OLSEN *v.* SABAL MARKETING, INC., ET AL.   Sup. Ct. Fla.   Certiorari denied.

No. 95–8103.   MORROW *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 95–8111.   STEEVES *v.* BENSON ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 95–8112.   LARRABEE *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.